

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2017

No. 04-15-00596-CR

Isidro Espinosa **SOLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The trial court has appointed John J. Ritenour Jr. to represent Isidro Espinosa Solis in this appeal. We therefore reinstate this appeal on the docket of the court. The appellate record is complete and appellant's brief is due March 10, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court